IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
14 FEB 25 PM 12:40
OFFICE OF THE CLERK

IN THE MATTER OF:

Inspection of workplace
located at and near

12252 N 153rd Circle
Bennington, Nebraska 68007

under the control or custody of

JACOB KLINGBEIL D/B/A DIESEL DOCTORS

Case No. 8:14 MJ 41

## ADMINISTRATIVE SEARCH WARRANT

TO:  Bonita Winingham
     Area Director
     Occupational Safety and Health
       Administration
     Omaha Area Office

Application having been made, and reasonable cause having been shown for the inspection of the work place described as Jacob Klingbeil d/b/a Diesel Doctors and located at 12252 N 153rd Circle, Bennington, Nebraska 68007,

IT IS HEREBY ORDERED that, pursuant to section 8(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-678, 657(a), YOU OR YOUR DULY DESIGNATED REPRESENTATIVES ARE AUTHORIZED to enter the above-described work place during regular working hours or at other reasonable times, to make an inspection and investigation of the following alleged violations:

| Item | Location | Hazardous Condition | Section of the Act and/or Standard Applicable |
|---|---|---|---|
| 1 | workplace | Employer does not provide employees with safety equipment. | 29 C.F.R. 1910.132 |
| 2 | workplace | Employer does not provide safety training to employees. | 29 C.F.R. 1910.1200 |
| 3 | workplace | Employer improperly stores flammable and combustible liquids. | 29 C.F.R. 1910.106 |
| 4 | workplace | Employer does not provide portable fire extinguishers. | 29 C.F.R. 1910.157 |

Said inspection to include all relevant records files and papers and all relevant work places or environments where work is performed by employees, and all pertinent conditions, and circumstances, structures, machines, apparatuses, devices, equipment, materials, processes, controls, and facilities and all other things therein including videotaping, the taking of photographs, environmental samples including the use of personal sampling equipment, and measurements, relating to the alleged violations, and to question privately any employee or agent, bearing on whether employees are being furnished employment and place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to employees, and whether there is compliance with the occupational safety and health standards promulgated under the Act.

You are hereby directed not to disclose any information obtained during the inspection which is designated to be a trade

secret as defined by 18 U.S.C. § 1905, except that such information may be disclosed to other officers or employees concerned with carrying out the Act or when relevant in any proceeding under the Act.

A return shall be made to this Court showing that the inspection has been completed. The inspection authorized herein shall be initiated within __10__ days, and a return shall be made to the Court within fourteen days following completion of the inspection.

DATED: __2/12/14__

THOMAS D. THALKEN
United States Magistrate Judge

RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served on _February 14, 2014_ (Date), to the company named herein:

_Diesel Doctors_
_12252 N. 158rd Cir_
_Jacob Klingbeil_

RETURN

I declare under penalty of perjury that the inspection of the workplace described in this warrant was made on _2-14-14_.

Date: _2-25-14_        By: _____
Ricardo Peacock, Sr.
Compliance Officer, Occupational
Safety and Health Administration
United States Department of Labor

_2-25-14_